NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3137

RONALD L. ROSS,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

On petition for review of the Merit Systems Protection Board in SF3443080410-1-1.

ORDER

Upon consideration of the Merit Systems Protection Board's unopposed motion for a 21-day extension of time, until July 13, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 17 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Ronald L. Ross
      Sara B. Rearden, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK